# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0310.   JOHN  YOLMAN  SALINAS  v.  SUSAN  MARIE  (BURNLEY) SALINAS.**

In May 2011, Susan Salinas filed a petition for contempt, alleging that John Salinas had not paid child support and other amounts owed under a divorce decree. The trial court found John Salinas in contempt, and subsequently, he filed a notice of appeal, which was docketed as Case No. A13A0071. Thereafter, Susan Salinas filed a motion to dismiss John Salinas's notice of appeal. Following the trial court's denial of her motion to dismiss, Susan Salinas filed a notice of appeal, which was docketed as Case No. A13A0072. Later, John Salinas filed a notice of appeal of the trial court's supersedeas bond order in the matter, which was ultimately docketed as Case No. A13A0310.

Given that jurisdiction over a contempt action alleging that a party failed to comply with the child support provisions of a divorce decree lies in the Georgia Supreme Court, *see Spurlock v. Dep't of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010), on September 27, 2012, we transferred Case No. A130071, as well as Case No. A13A0072 as an ancillary matter, to that Court. Because Case No. A13A0310 is also ancillary to the appeal of the underlying contempt action for failure to pay child support, that appeal is hereby also TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 10/11/2012
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*